NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**3D SURFACES, LLC,**
*Appellant*

**v.**

**INTEL CORPORATION, DELL TECHNOLOGIES INC., DELL INC.,**
*Appellees*

———————————

2024-1909, 2024-1910

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-01589, IPR2022-01591, IPR2023-00004, IPR2023-00006.

———————————

**JUDGMENT**

———————————

MARC BELLOLI, Bunsow De Mory LLP, Redwood City, CA, argued for appellant. Also represented by ELIZABETH DAY, JERRY TICE; RICHARD M. BEMBEN, JENNIFER CHAGNON, RICHARD CRUDO, JASON A. FITZSIMMONS, Sterne Kessler Goldstein & Fox PLLC, Washington, DC.

LOUIS W. TOMPROS, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellees. Also represented by MARK CHRISTOPHER FLEMING, CYNTHIA D.

VREELAND; LIV LEILA HERRIOT, Palo Alto, CA; HELENA RACHAEL MILLION-PEREZ, Denver, CO.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 8, 2026
Date

Jarrett B. Perlow
Clerk of Court